| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | FRANCISCO HUMBERTO CARRILLO-BELTRAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00320 LJO-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO ADVANCE SENTENCING |
| | ) | HEARING; [PROPOSED] ORDER |
| v. | ) | |
| | ) | Date: April 23, 2012 |
| FRANCISCO HUMBERTO CARRILLO-BELTRAN, | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for May 21, 2012, **may be advanced to April 23, 2012, at 8:30 a.m.**

Mr. Carrillo-Beltran respectfully requests that the Court advance the sentencing hearing in this matter because he has no objections to the Presentence Report, and because the defense, the government, and the Office of Probation all agree on the recommended sentence.

///

///

///

///

///

|     |                          |                                                                     |
|-----|--------------------------|---------------------------------------------------------------------|
|     |                          | BENJAMIN B. WAGNER<br>United States Attorney                        |
| DATED: April 18, 2012 | | /s/ Elana Landau<br>ELANA S. LANDAU<br>Assistant United States Attorney<br>Attorney for Plaintiff |

 

DANIEL J. BRODERICK
Federal Defender

DATED: April 18, 2012        /s/ Jeremy S. Kroger
                                          JEREMY S. KROGER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Francisco H. Carrillo-Beltran

**O R D E R**

IT IS SO ORDERED.

**Dated:   April 18, 2012**        /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE